| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |

GAIL F. BROWN, §
§
*Plaintiff,* §
§
v. § CIVIL ACTION NO. 1:18-CV-76
§
COMMISSIONER OF SOCIAL §
SECURITY ADMINISTRATION, §
§
*Defendant.* §

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The court referred this case to the Honorable Keith Giblin, United States Magistrate Judge, for consideration. The magistrate judge submitted a report and recommendation (Doc. No. 24) recommending the court affirm the Commissioner's decision. No objections have been filed. Accordingly, the court ADOPTS the recommendation of the magistrate judge.

SIGNED at Beaumont, Texas, this 9th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE